# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| KOCH FOODS, INC., ) <br> an Illinois Corporation, ) <br> ) <br>     **Plaintiff,** ) <br> ) <br>     v. ) <br> ) <br> PATE DAWSON COMPANY, INC., ) <br> a North Carolina Corporation, ) <br> MALCOM SULLIVAN, an individual, ) <br> MICAH SULLIVAN, an individual, ) <br> MIKE PATE JR., an individual, and ) <br> OTHER UNIDENTIFIED OFFICERS ) <br> AND DIRECTORS OF PATE ) <br> DAWSON COMPANY, INC., ) <br> ) <br>     **Defendants.** ) | Case No. 3:16-cv-355-DCB-MTP |

## ORDER RESETTING TRIAL

Pursuant to the parties' stipulation, the Court hereby orders that the jury trial scheduled for February 12, 2018, at 9:00 a.m. is reset to April 30, 2018, at 9:00 a.m. in Courtroom 6C, United States Courthouse, 501 East Court Street, Jackson, Mississippi 39201.

SO ORDERED, this the 9th day of March, 2018.

                                                                     s/David Bramlette
                                                                       HON. DAVID C. BRAMLETTE III
                                                                       UNITED STATES DISTRICT JUGE